IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR382 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JAMES E. GIBSON, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the motion by Defendant for an order of release to enter treatment. The Court, being advised that the government and the United States Probation Office are in agreement with the motion, finds that the same should, and hereby is, granted.

IT IS ORDERED as follows:

Defendant shall be released from CH, Inc. In Council Bluffs, Iowa on March 5, 2013, at 10:00 a.m. for transportation to Williams Preferred Place by 11:00 a.m. He shall be transported by his counsel, Michael D. Nelson. Defendant shall observe the rules of that facility and shall remain in the program until further direction from the Court or the Probation Officer.

Defendant shall be released from custody on the condition that he immediately enter such program and remain in and follow all of the requirements of such program.

Defendant shall execute all necessary release forms to allow his Probation Officer to communicate with the Defendant's counselors and mental health therapists affiliated with Williams Prefered Place.

Defendant shall comply with all subsequent recommendations for any additional treatment or aftercare following completion of the program.

Defendant shall comply with all previously ordered conditions of supervised release.

Should Defendant be discharged from the program for any reason, or otherwise violate any condition or this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

IT IS SO ORDERED.

Dated this 1st day of March, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge